**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Wayne Tyler, | No. CV-17-00440-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff having recently secured counsel in this matter, the Court finds good cause to extend the case management deadlines by 90 days.

**Accordingly,**

**IT IS ORDERED** that the Stipulated Motion to Extend Discovery Deadlines (Doc. 17) is GRANTED, as follows:

1. The deadline for disclosure of Plaintiff's preliminary expert affidavits presently set for March 27, 2018, is hereby extended to: **June 25, 2018**.

2. The discovery deadline, which will also be the deadline for final supplementation of discovery responses under the MIDP, presently set for August 27, 2018, is hereby extended to **November 26, 2018**.

3. The dispositive motion deadline of September 27, 2018, is hereby extended to **January 10, 2019**.

4. The deadlines for disclosure of initial expert testimony and rebuttal expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) shall be extended as follows:

a. Plaintiff's Initial Expert Disclosure deadline presently set for April 30, 2018, shall be extended to **July 30, 2018**.

b. Defendant's Initial Expert Disclosure deadline present set for June 15, 2018, shall be extended to **September 13, 2018**.

c. Rebuttal Expert Disclosure for both parties presently set for July 16, 2018, shall be extended to **October 15, 2018**.

5. Joint Pretrial Statements presently due September 27, 2018, or if a dispositive motion is pending, thirty days after the Court rules of the dispositive motion, shall be extended to **January 10, 2019**.

6. The estimated date that the case will be ready for trial presently November 2018, shall be extended to **February, 2019**.

Dated this 19th day of April, 2018.

Honorable David C. Bury
United States District Judge